[No. 45178-6-II.  Division Two.  January 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN VERNON JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-01454-3, Erik D. Price, J., entered July 31, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 45862-4-II.  Division Two.  January 21, 2015.]

*In the Matter of the Personal Restraint of* JERRY LEE SWAGERTY, *Petitioner*.

Petition for relief from personal restraint. *Reversed* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 31897-4-III.  Division Three.  January 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLIE J. MILLIKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-01133-9, Linda G. Tompkins, J., entered August 19, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.

[No. 70838-4-I.  Division One.  January 26, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MIRANDA MARIE JENKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06326-1, Carol A. Schapira, J., entered August 30, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Leach, JJ.